IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR AREVALO,** <br><br> Plaintiff, <br><br> v. <br><br> **PALACIOS, et al.,** <br><br> Defendants. | Case No. 2:22-cv-00774-JDP <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE CURRENT STAY PENDING SETTLEMENT CONFERENCE** |

This matter comes before the Court on Defendants' motion for administrative relief to extend the current stay of this action, which is set to expire on July 16, 2024, up to and including September 16, 2024. Good cause appearing, the motion is GRANTED.

Good cause having been presented, it is HEREBY ORDERED that the stay of this action is extended up to and including September 16, 2024.

IT IS SO ORDERED.

Dated:   July 15, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1